544 U.S. 1008
 GOMEZ-BALLESTEROS, AKA CHAVEZ
v.
UNITED STATES.
VICTORIANO GONZALEZ
v.
UNITED STATES.
ROANO-BUSTIAN, AKA ROANO-BASTIAN
v.
UNITED STATES. and
SALAZAR-MONTES
v.
UNITED STATES.
 No. 04-9402.
 Supreme Court of United States.
 April 25, 2005.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 115 Fed. Appx. 246 (third judgment), 277 (second judgment), 282 (first judgment), and 286 (fourth judgment).